IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAPHAEL F. ENCINGER, | ) | 4:08CV3242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE CITY OF GRAND ISLAND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On February 19, 2009, the court entered a Memorandum and Order directing Plaintiff to file an amended complaint no later than March 23, 2009 in order to "adequately state a factual and legal basis for his claims." (Filing No. 10 at CM/ECF p. 3.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.*) Plaintiff has not filed an amended complaint or any other response to the court's February 19, 2009 Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

April 16, 2009.                              BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge